[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 13.]

THE STATE OF OHIO, APPELLANT, *v.* DICKINSON, APPELLEE.

[Cite as *State v. Dickinson*, 1998-Ohio-710.]

*Criminal procedure—Classification as sexual predator—Court of appeals'*
*judgment reversed and cause remanded to trial court to conduct sexual*
*predator classification hearing pursuant to R.C. 2950.09(C)(2) on authority*
*of State v. Cook.*

(No. 97-2317—Submitted October 13, 1998—Decided November 25, 1998.)

APPEAL from the Court of Appeals for Union County, No. 14-97-11.

———————————

*R. Larry Schneider*, Union County Prosecuting Attorney, and *Rick Rodger*,
Assistant Prosecuting Attorney, for appellant.

———————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of
*State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to conduct a sexual predator
classification hearing pursuant to R.C. 2950.09(C)(2).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and
LUNDBERG STRATTON, JJ., concur.

———————————